# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Herbert Chavis,

       Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08-CV-501-02

United States of America; and
William L. Osteen, Jr.

       Respondents.

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/10/2008 Order.

Signed: November 10, 2008

Frank G. Johns, Clerk
United States District Court